Paul Dickey, Appellant, v. Christopher A. Gortner, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas and Rich, JJ.; Carr, J., taking no part.

Michael W. Flynn, Respondent, v. New York, Westchester and Boston Railway Company, Appellant, and Another, Defendant.— Motion granted on condition that within twenty days appellant give a bond in the sum of $5,000 for the payment of the costs already taxed, and the usual costs on appeal, as well as the sum alternatively directed to be paid for the purposes of the conveyance. If appellant shall neglect to give such bond, the motion is denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Annie Fried, Respondent, v. Nathan Becher, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

In the Matter of the Probate of a Paper Writing Purporting to Be the Last Will and Testament of Julia Lorillard Butterfield, Deceased.— Motion for stay pending determination of appeal in the Court of Appeals granted. Decision reserved on the motion for a certificate pending the determination of the present appeal in the Court of Appeals. Present — Burr, Thomas, Carr and Rich, JJ.; Jenks, P. J., taking no part.

In the Matter of the Application of the City of New York, Relative to Acquiring Title, etc., for the Opening and Extending of Van Alst Avenue, etc.— Motion granted, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

In the Matter of the Application of Charles S. Devoy, County Clerk of Kings County, for an Order Authorizing the Destruction of Books and Papers.— Motion granted in part. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ. Order to be settled on notice before Mr. Justice Rich.

In the Matter of the Petition of The New York Central and Hudson River Railroad Company (Lessee of the New York and Harlem Railroad) as to the Elimination of Highway Grade Crossings of the New York and Harlem Railroad in the Village of White Plains.— Motion granted, with costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Rawdon W. Kellogg, Respondent, v. Wilner Construction Company and Others, Defendants. Isaac Arker, Appellant.— Motion denied on condition that appellant pay ten dollars costs within five days after the entry of this order, and either print the exhibits in full, or procure an order of the court at Special Term dispensing with the printing of such exhibits in full, perfect his appeal, place the case on the May calendar, and be ready for argument when reached; otherwise, motion granted, with costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Peter Markevich, Appellant, v. Royal Insurance Company, Limited, Respondent.— Motion granted, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.